IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT PRITCHETT, | Civil No. 3:18-cv-1382 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CASE MANAGER PARKER, *et al.*, | |
| Defendants | |

**ORDER**

**AND NOW**, this 21st day of January, 2020, upon consideration of Defendant's motion (Doc. 23) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 23) to dismiss is **GRANTED**.

2. The complaint (Doc. 1) is **DISMISSED**.

3. Plaintiff is granted twenty-one (21) days from the date of this Order to file a proposed amended complaint to cure the deficiencies with respect to the failure to protect claim and state law claim of intentional infliction of emotional distress. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge